
UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE: STEVEN WAYNE BONILLA

No. 2:23-cv-02921-TLN-KJN
No. 2:23-cv-02922-TLN-KJN
No. 2:23-cv-02923-TLN-KJN
No. 2:23-cv-02924-TLN-KJN
No. 2:23-cv-02925-TLN-KJN
No. 2:23-cv-02926-TLN-KJN
No. 2:23-cv-02928-TLN-KJN
No. 2:23-cv-02938-TLN-KJN
No. 2:23-cv-02939-TLN-KJN
No. 2:23-cv-02940-TLN-KJN

**ORDER**

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in Alameda County. (*See Bonilla v. Fresno County*, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

1

13). On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of the Court to open a new case for each attempted new pleading and assign it to the undersigned for review. (*Id.* at ECF No. 26.) If the Court determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case will be ordered dismissed and closed. (*Id.*)

The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.[1]

Accordingly, the complaints/petitions in Case Nos. 2:23-cv-02921, 2:23-cv-02922, 2:23-cv-02923, 2:23-cv-02924, 2:23-cv-02925, 2:23-cv-02926, 2:23-cv-02928, 2:23-cv-02938, 2:23-cv-02939 and 2:23-cv-02940 are hereby DISMISSED. The Clerk of the Court is directed to close these cases. No further filings will be accepted.

IT IS SO ORDERED.

Dated:   January 22, 2024

Troy L. Nunley
United States District Judge

---

[1] Plaintiff erroneously names the Yuba County Superior Court in the captions of Case Nos. 2:23-cv-2939 and 2:23-cv-2940. To the extent Plaintiff intended to file those complaints/petitions in the United States District Court for the Eastern District of California, the Court finds that the claims raised those complaints/petitions are related to his Alameda County criminal conviction and are therefore dismissed pursuant to the modified vexatious litigant Order.